FILED

10/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0729

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0729

_____

JAMIE NORRIS,

      Plaintiff and Appellant,

  v.

RICK L. OLSEN d/b/a A&O SHEET METAL,

      Defendant, Appellee,
      and Cross-Appellant.

ORDER

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Luke Berger, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 25 2023